AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern __ District of __ Ohio

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2.13 · MJ · 464 |
| | ) |
| | ) |
| | ) |
| Anthony Ray VALDEZ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 05/03/2013 _____ in the county of _____ Franklin _____ in the

_____ Southern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C 841(a)(1) | Possession with Intent to Distribute Crack Cocaine |

This criminal complaint is based on these facts:
See attached sheet

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael J. Malloy #424 ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/2013

_____
*Judge's signature*

City and state:   Columbus , Ohio

Elizabeth Preston Deavers U.S. Magistrate Judge
*Printed name and title*

**_Attachment B:_**
_Page 1 of 2_

I, **Michael J. Malloy**, being duly sworn, depose and state that:

1. I have been a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives since August 2006. I am a graduate of the Columbus Ohio Police Department Training Academy and have been a sworn Law Enforcement Officer for more than 32 years. I am familiar with Federal and State criminal laws pertaining to firearm violations.

2. The following information was provided to me by members of the Columbus Police Department regarding the arrest of Anthony Ray VALDEZ:

   a. On May 3, 2013 at 4:18 pm Officers M. Hockman #189 and B. Hetzer #2571 of the Columbus Police Department were in uniform watching the rear of the barber shop at 2689 Cleveland Av. The barber shop is known to be an area where drugs are sold. Officers have made multiple arrests from this location including the seizure of a half a kilogram of cocaine a month prior. The officers observed a man, later identified as Anthony Ray VALDEZ, walking away from the barber shop. VALDEZ was walking towards a vehicle that was parked on the lot with the door standing open. Upon sight of the officers VALDEZ stopped and looked at his reflection in a mirror of a vehicle parked on the lot. The officer's approached Valdez on foot. Officer Hockman was about five feet from VALDEZ and could smell the odor of fresh marijuana coming from VALDEZ'S person. When officer Hockman asked VALDEZ what he was doing there was no reply. VALDEZ then turned his back to officer Hockman and reached his right hand into the front of his pants. VALDEZ the started to run. Officer Hockman feared the VALDEZ was attempting to pull a firearm from his waistband. Officer Hockman grabbed VALDEZ securing his right arm and performed and arm bar take down. Placing him to the ground. Officers informed VALDEZ that he was under arrest for obstructing official business. VALDEZ then removed his hand from his waistband and pulled out a plastic bag containing marijuana. VALDEZ continued to struggle and was eventually placed in handcuffs. A search of VALDEZ was conducted and recovered from his left front trouser pocket was 14.556 grams of cocaine base, other narcotics and $1,250.00.

   b. The above property was collected and tested by the Columbus Police Department Laboratory. It is being held in the Columbus Police Department Property Room as evidence.

*Page 2 of 3*

    c.  Prior to May 3, 2013 Anthony Ray VALDEZ had been convicted of the following felony and was on probation

The United States District for the Southern District of Ohio
Case Number CR-2-05-024
Possession with Intent to Distribute over Five Grams of Crack Cocaine

3.  Based on the foregoing, your affiant believes there is probable cause to believe Anthony Ray VALDEZ was in possession of Controlled Substances with the Intent to Distribute. Your affiant therefore respectfully requests this court issue an arrest warrant.

**Michael J. Malloy #424**

**Task Force Officer, ATF**

Sworn to and subscribed before me this _6th_ day of _September_, _2013_ at Columbus, Ohio.

_____
    Elizabeth Preston Deavers

**U.S. MAGISTRATE JUDGE**